**Timothy J. LITTELL, Appellant,**

v.

**Tracey A. LITTELL, Respondent.**

**WD 78270, WD 78271, and WD 78612**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 1, 2016

Ann Mills, Springfield, MO, Counsel for Appellant.

Helen Wade, Columbia, MO, Counsel for Respondent.

Before Division Three: James Edward Welsh, P.J., Joseph M. Ellis, and Thomas H. Newton, JJ.

### ORDER

Per Curiam:

Mr. Timothy Littell appeals the trial court's judgment in a dissolution proceeding as to its joint legal custody and equal parenting time, child support, and attorney's fees rulings.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).